NOTE: This order is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

---

**ABBOTT LABORATORIES,**
*Movant-Appellee,*

v.

**CORDIS CORPORATION,**
*Respondent-Appellant.*

---

2012-1244

---

Appeal from the United States District Court for the Eastern District of Virginia in case no. 11-MC-0042, Senior Judge Claude M. Hilton.

---

**ON MOTION**

---

**O R D E R**

The United States moves without opposition for leave to file a corrected amicus brief with brief attached.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted. The brief is accepted for filing.

ABBOTT LABORATORIES V. CORDIS CORPORATION                    2

FOR THE COURT


/s/ Jan Horbaly
Jan Horbaly
Clerk


s25